UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20554-RUIZ/LOUIS

8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1327
18 U.S.C. § 982(a)(6)
8 U.S.C. § 1324(b)(1)

FILED BY mp D.C.
Dec 19, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

MICHAEL JOHN BEACH,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

On or about August 17, 2024, in the territorial waters of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the defendant was first brought, the defendant,

**MICHAEL JOHN BEACH,**

did knowingly encourage and induce an alien, Fernando Da Cruz Reis, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and Title 18, United States Code, Section 2.

## COUNT 2
### Aiding or Assisting Certain Aliens to Enter
### (8 U.S.C. § 1327)

On or about August 17, 2024, in the territorial waters of the United States, and elsewhere, with Miami-Dade County, in the Southern District of Florida, being the district to which the defendant was first brought, the defendant,

**MICHAEL JOHN BEACH,**

did knowingly aid and assist an alien, Fernando Da Cruz Reis, to enter the United States, said alien being inadmissible under Title 8, United States Code, Section 1182(a)(2), as an alien who had been convicted of an aggravated felony, in violation of Title 8, United States Code, Section 1327.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **MICHAEL JOHN BEACH,** has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

   a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

   b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

   c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

Further, pursuant to Title 8, United States Code, Section 1324(b)(1), the defendant shall

forfeit to the United States any conveyance, including any vessel, vehicle, or aircraft, that has been used or is being used in commission of a violation of Title 8, United States Code, Section 1324, the gross proceeds of such violation, and any property traceable to such conveyance or proceeds.

All pursuant to Title 8, United States Code, Section 1324(b)(1), and Title 18, United States Code, Section 982(a)(6), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

MICHAEL C. MIKULIC
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **24-CR-20554-RUIZ/LOUIS**

v.

MICHAEL JOHN BEACH,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☒ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Williams   Case No. 24-CR-20384
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
MICHAEL C. MIRTILIC
Assistant United States Attorney
FL Bar No.   125073

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: MICHAEL JOHN BEACH

**Case No**: _____

Count 1:

Encouraging and Inducing Aliens to Enter the United States

8 U.S.C. § 1324(a)(1)(A)(iv)

* Max. Term of Imprisonment: 5 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

Count 2:

Aiding or Assisting Certain Aliens to Enter

8 U.S.C. § 1327

* Max. Term of Imprisonment: 10 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release, and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.